IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENT W. RINNE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF CRETE, Nebraska; and ERIC MERCIER,<br><br>　　　　　　Defendants. | 4:12CV3106<br><br>**MEMORANDUM AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff must serve its complaint on the defendant within 120 days of filing the lawsuit. To date, Plaintiff has not filed any return of service indicating service on the defendant, and the defendant has not entered a voluntary appearance.

　　Accordingly,

　　IT IS ORDERED:

1)　The plaintiff is given until November 5, 2012, to serve his summons and complaint on the defendant, in the absence of which this case may be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2)　The clerk shall set a case management deadline of November 6, 2012 to verify compliance with this order.

October 5, 2012.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge