## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENT W. RINNE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF CRETE, Nebraska; and ERIC<br>MERCIER,<br><br>                    Defendants. | **4:12CV3106**<br><br><br>**ORDER** |

On October 5, 2012, Magistrate Judge Cheryl R. Zwart issued a Memorandum and Order, ECF No. 3, in which she gave the plaintiff additional time to serve summons and the complaint on the defendants.  She cautioned the plaintiff, Kent W. Rinne, that if no service is had on the defendants by November 5, 2012, then "pursuant to Federal Rule of Civil Procedure 4(m), this case may be dismissed for want of prosecution."   No return of service indicating service on the defendant has been filed and the defendant has not entered a voluntary appearance.

IT IS THEREFORE ORDERED that this case is dismissed without prejudice for want of prosecution.

Dated December 11, 2012.

BY THE COURT

Warren K. Urbom
United States Senior District Judge